# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

In the Interest of G.M. and A.M., children.

R.S.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2025-1392

_____

October 17, 2025

Appeal from the Circuit Court for Pasco County; Lauralee G. Westine, Judge.

Rinky S. Parwani of Parwani Law, P.A., Tampa, for Appellant.

Bruce Bartlett, State Attorney, and Leslie M. Layne, Assistant State Attorney, Sixth Judicial Circuit, Clearwater, for Appellee Department of Children and Families; and Michael Joseph Ellis, pro bono, Alexander Appellate Law P.A., Tallahassee; and Sara Elizabeth Goldfarb, Statewide Director of Appeals, Statewide Guardian Ad Litem Office, Tallassee, for Appellee Guardian Ad Litem Office.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.